```
                                              FILED IN THE
                                              UNITED STATES
                                              BANKRUPTCY COURT

                                              2009 SEP -8  AM 11: 16

J. Kevin Bird (3992)                          DISTRICT OF UTAH
BIRD & FUGAL                                       MAIL
Attorneys for Trustee
Lincoln Square
384 East 720 South #201
Orem, UT  84058
(801) 426-4700
```

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \*

| | |
|---|---|
| IN RE | Case No. 08-27261 RKM |
| MICHAEL EDWARD HANYON | Chapter 7 |
| TIFFANY D. HANYON | |
| Debtor(s) | NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY |

\* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On August 31, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437222800.



4. The Trustee hereby notifies the Court of the payment of the following claims to the registry:

      Claim No.:      29
      Claimant:      GE Money Bank
                             c/o Recovery Management Systems Corp.
                               25 S.E. 2nd Ave., Suite 1120
                               Miami, FL 33131
      Claim Amount:      $552.39
      Distribution:      $2.19

5. A check in the amount of $2.19 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 9-3-09

J. Kevin Bird, Trustee

# CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 5th day of September, 2009:

GE Money Bank
c/o Recovery Management Systems Corp.
25 S.E. 2nd Ave., #1120
Miami, FL 33131

*Melanie Valderrama*